In the Matter of Sylvia Dryman, Appellant, v. Irving Dryman, Respondent. — In

Martuscello, Shapiro and Brennan, JJ., concur; Rabin, P. J., and Christ, J., dissent and vote to affirm the order.